IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MITCHELL BRADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-14-498-L |
| | ) | |
| CAROLYN W. COLVIN, acting Commissioner Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On March 10, 2015, Magistrate Judge Suzanne Mitchell entered a Report and Recommendation in this action brought by plaintiff pursuant to 42 U.S.C. §405(g) for judicial review of the defendant Acting Commissioner of the Social Security Administration's (Commissioner's) final decision denying plaintiff's applications for disability benefits and supplemental security income under the Social Security Act. The Magistrate Judge recommended that the decision of the Commissioner be affirmed.

The court file reflects that plaintiff filed timely an Objection to the Report and Recommendation of the Magistrate which the court has carefully considered. Plaintiff's objection is based on alleged errors in the residual functional capacity (RFC) assessment conducted by the Administrative Law Judge (ALJ). Plaintiff maintains that his severe impairments were not adequately taken into account

and/or were not given the proper attention by the ALJ in connection with the RFC. Plaintiff argues that the Magistrate Judge did not properly address his argument that plaintiff's work-related limitation did not reflect all of his severe and nonsevere impairments.

Upon *de novo* review, the court finds that the Report and Recommendation should be adopted in its entirety. The ALJ properly considered all of plaintiff's impairments when determining plaintiff's RFC, which was justified based on the substantial evidence to support the ALJ's findings in this regard. The Magistrate properly determined that plaintiff's objections were not proper grounds for reversal of the ALJ's RFC assessment.

Accordingly, the decision of the Commissioner to deny plaintiff's applications for disability insurance and supplemental security income benefits is **AFFIRMED.**

It is so ordered this 17th day of June, 2015.

TIM LEONARD
United States District Judge